**United States District Court**
For the Northern District of California

1

2

3

4

5 IN THE UNITED STATES DISTRICT COURT

6 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8 SICRE YEPIZ CELAYA Y ASOCIADOS S.C.,    No.  CV 14-00392 JCS

9         Plaintiff,           **ORDER**

10   v.

11 YOUTUBE, INC. ET AL,

12         Defendant.

13 _____/

14 GOOD CAUSE APPEARING THEREFOR,

15     IT IS ORDERED that this case is reassigned to the **Honorable Edward J. Davila** in the **San**

16 **Jose division** for all further proceedings. Counsel are instructed that all future filings shall bear the

17 **initials EJD** immediately after the case number. All dates presently scheduled are vacated and

18 motions should be renoticed for hearing before the judge to whom the case has been reassigned.

19 Briefing schedules, including ADR and other deadlines remain unchanged. *See* Civil L.R. 7-7(d).

20 Matters for which a magistrate judge has already issued a report and recommendation shall not be

21 rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in

22 accordance with Fed. R. Civ. P. 72(b).

23

24                 FOR THE EXECUTIVE COMMITTEE:

25

26 Dated:  March 31, 2014

                        Richard W. Wieking

27                         Clerk of Court

28

A true and correct copy of this order has been served by mail upon any pro se parties.