1  GARY R. GLEASON (SB# 136167)
   Email: ggleason@micleangleason.com
2  DAVID J. MICLEAN (SB# 115098)
   Email: dmiclean@micleangleason.com
3  ANNE-MARIE D. DAO (SB# 282632)
   Email: adao@micleangleason.com
4  MICLEAN GLEASON LLP
5  100 Marine Parkway Suite 310
   Redwood Shores, CA 94065
6  Office: 650-684-1181
7  Fax: 650-681-1182

8  Attorneys for Plaintiff
   Sicre, Yepiz, Celaya y Asociados S.C.

**IT IS SO ORDERED**

Judge Edward J. Davila

7/9/2014

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SICRE, YEPIZ, CELAYA Y ASOCIADOS S.C.<br><br>Plaintiff,<br><br>vs.<br><br>YOUTUBE, INC., YOUTUBE, LLC, RAUL JIMENEZ, AND JOSE MORALES<br><br>Defendants. | Case No. 5:14-cv-00392-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)**<br><br>**Action Filed: January 27, 2014** |

1   Petitioner Sirce, Yepiz, Calaya y Asociados S.C., ("Petitioner") by and through their counsel
2   of record, hereby voluntarily dismiss the above captioned case, without prejudice, because
3   Respondents have removed the videos in question from their website. Pursuant to Federal Rule of
4   Civil Procedure 41(a)(1)(A), this action may be dismissed voluntarily by Petitioner without order
5   of the court, as the notice of dismissal is filed before service by Respondents of an answer or
6   motion for summary judgment.
7       The Clerk shall close this file.

9   DATED: July 8, 2014                                 Respectfully submitted,
                                                              MICLEAN GLEASON LLP

By   /s/ *Anne-Marie D. Dao*

     Anne-Marie D. Dao
     Gary R. Gleason
     Attorneys for Plaintiff Sicre, Yepiz, Celaya y Asociados S.C.